UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| NORA ISABEL LAM GALLEGOS, § § § Plaintiff, § VS. § UNITED STATES OF AMERICA, *et al*, § § Defendants. § | CIVIL ACTION NO. 5:14-CV-136 |

## JUDGMENT

For the reasons stated in the Court's Memorandum & Order of even date, Defendant United States of America' Motion to Dismiss (Dkt. 75) is hereby GRANTED and Plaintiff Nora Isabel Lam Gallegos's Motion to Deny Substitution (Dkt. 76) is hereby DENIED. Plaintiff's claims against Defendant United States of America are further DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. In compliance with Rule 58 of the Federal Rules of Civil Procedure, the Court sets out its judgment "in a separate document." Fed. R. Civ. P. 58.

The Court hereby enters JUDGMENT.

SIGNED this 15th day of September, 2021.

_____
Diana Saldaña
United States District Judge